1070

No. 00–9237. LI AH v. GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–9242. BRIGHT v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 00–9244. BRIGHT v. WALTER, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 00–9246. PENDLETON v. BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–9247. MOBLEY v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 00–9249. SMITH v. SHOOK ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–9253. MONTGOMERY v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 00–9258. ZHANG v. NEW YORK UNIVERSITY ET AL.; and
No. 00–9259. ZHANG v. NEW YORK CITY COMMISSION ON HUMAN RIGHTS ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–9261. MITCHELL v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 00–9264. LUA v. ALBRITTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–9265. PORTER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–9272. LOMAX v. SEARS, ROEBUCK & CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–9275. WHEAT v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–9276. WALLS v. BARGERY ET AL. C. A. 6th Cir. Certiorari denied.